UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DELROY A. CHAMBERS, JR.,

    Plaintiff,

v.                                                         Case No: 2:20-cv-361-FtM-60NPM

SELLSTATE ACHIEVERS
REALTY NETWORK, INC.

    Defendant.
_____/

## NOTICE OF SETTLEMENT

    Plaintiff, Delroy A. Chambers, Jr., hereby gives notice to the Court that he and Defendant have settled this matter. Plaintiff will file appropriate dismissal papers in accordance with the terms of the settlement agreement.

                                              Respectfully submitted,

                                              Joshua A. Glickman, Esq.
                                              Florida Bar No. 43994
                                              josh@sjlawcollective.com
                                              Joshua A. Glickman, Esq.
                                              Florida Bar No. 46346
                                              shawn@sjlawcollective.com

                                              Social Justice Law Collective, PL
                                              974 Howard Ave.
                                              Dunedin, FL 34698
                                              (202) 709-5744
                                              (866) 893-0416 (Fax)

                                              Attorneys for the Plaintiff


                                        By:  *s/ Joshua A. Glickman*
                                                    Joshua A. Glickman, Esq.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, on this 2nd day of September, 2020, which will send a notice of electronic filing to all attorneys of record.

By: *s/ Joshua A. Glickman*
Joshua A. Glickman, Esq.