UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DELROY A. CHAMBERS, JR.,

    Plaintiff,

v.                                        Case No.: 2:20-cv-00361-JLB-NPM

SELLSTATE ACHIEVERS REALTY
NETWORK, INC.,

    Defendant.
_____/

## ORDER

The parties have filed a Joint Stipulation of Dismissal With Prejudice (Doc.19) pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  The Stipulation is self-executing.  Anago Franchising, Inc. v. Shaz, 677 F.3d 1272, 1278 (11th Cir. 2012).  Plaintiff's claims against Defendants are **DISMISSED WITH PREJUDICE**.  By agreement of the parties, each party will bear their own respective attorneys' fees and costs.  The Clerk of Court is **DIRECTED** to terminate any pending deadlines and close the file.

**ORDERED** in Fort Myers, Florida on September 21, 2020.

*[signature: John L. Badalamenti]*

**JOHN L. BADALAMENTI**
**UNITED STATES DISTRICT JUDGE**